**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 97-2664**

ALLAN L. GANT, Doctor,

Plaintiff - Appellant,

versus

FOI OFFICER, U.S. Attorney's Office, Southern
District of West Virginia,

Defendant - Appellee.

Appeal from the United States District Court for the Southern District of West Virginia, at Beckley.  Joseph Robert Goodwin, District Judge.  (CA-96-507-5)

Submitted:  May 28, 1998          Decided:  June 9, 1998

Before ERVIN, LUTTIG, and MOTZ, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Allan L. Gant, Appellant Pro Se.  Carol A. Casto, Assistant United States Attorney, Charleston, West Virginia, for Appellee.

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Allan L. Gant appeals the district court's order dismissing his action filed under the Freedom of Information Act, 5 U.S.C.A. § 552 (West 1996 & Supp. 1998), and the Privacy Act, 5 U.S.C.A. § 552a (West 1996 & Supp. 1998). We have reviewed the record and the district court's opinion accepting the magistrate judge's recommendation and find no reversible error. Accordingly, we affirm on the reasoning of the district court. Gant v. FOI Officer, No. CA-96-507-5 (S.D.W. Va. Nov. 24, 1997). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED